|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Michael Anthony Gurule, | ) | No. CV 13-720-TUC-JAS (EJM) |
|---|---|---|
| Petitioner, | ) | **ORDER** |
| vs. | ) |   |
| Craig Apker, | ) |   |
| Respondent. | ) |   |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Markovich that recommends denying Petitioner's §2241 Petition. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Markovich's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Markovich's Report and Recommendation (Doc. 20) is accepted and adopted.

(2) Petitioner's §2241 Petition (Doc. 1) is denied.

1  (3) This case is dismissed with prejudice.  The Clerk of the Court shall enter judgment and
2  close the file in this case.

4      DATED this 1st day of September, 2016.

*[signature]*

James A. Soto
United States District Judge

- 2 -